USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY BROWN,

               Petitioner,

   - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE
FACILITY,

               Respondent.

---

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the petitioner dated February 15, 2008. The Court issued an order dated December 7, 2007, a copy of which is attached, directing the District Attorney to respond to the petition for habeas corpus within sixty days and gave the petitioner thirty days to reply. The respondent's submission was due February 7, 2007, but has not been filed. The respondent's time to respond is extended to **March 14, 2007**. The petitioner does not have to make any further submission until the District Attorney responds to the petition. The petitioner's time to reply is extended to **April 14, 2007**. If the petitioner wishes to file any further papers not otherwise provided for in the schedule, he should so

advise the Court.

SO ORDERED.

Dated:    New York, New York
          February 22, 2008

_____
John G. Koeltl
United States District Judge

To: federal courts 500 Pearl St
From: Anthony Brown · 07 civ 10391(JGK)
Date: 2.15.08



Dear J. Michael McMahon, (Clerk of court)

my name is Anthony Brown-07-civ-1039(JGK) and on 12-21-07 I submitted a letter to the federal court asking permission for an extension, my filing deadline is (April 2008) but I haven't finished my brief, so what I need to know is would the District Judge "Jhon G KOELTL" be willing to honor such a request? once again I sent a previous letter on 12-21-07 but since that time I haven't heard anything from the federal court. I thank you for your time and patience and I hope to hear from the court ASAP!

Respectivly
Yours

a.
07-civ-1039
Ind no 4247-03