```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

ANTHONY BROWN,

                Petitioner,

    - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE
FACILITY,

                Respondent.

----

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the petitioner dated February 15, 2008. The Court issued an order dated December 7, 2007, a copy of which is attached, directing the District Attorney to respond to the petition for habeas corpus within sixty days and gave the petitioner thirty days to reply. The respondent's submission was due February 7, 2007, but has not been filed. The respondent's time to respond is extended to **March 14, 2007**. The petitioner does not have to make any further submission until the District Attorney responds to the petition. The petitioner's time to reply is extended to **April 14, 2007**. If the petitioner wishes to file any further papers not otherwise provided for in the schedule, he should so

COPIES MAILED

advise the Court.

SO ORDERED.

Dated:   New York, New York
         February 22, 2008

_____
John G. Koeltl
United States District Judge

To: federal Courts 500 Pearl St
From: Anthony Brown - 07 civ 10391 (JGK)
Date: 2.15.08



Dear J. Michael McMahon, (Clerk of Court)

My name is Anthony Brown - 07-civ-1039 (JGK) and on 12-21-07 I submitted a letter to the federal court asking permission for an extension, my filing deadline is (April 2008) but I haven't finished my brief, so what I need to know is would the District Judge "Jhon G. Koeltl" be willing to honor such a request? Once again I sent a previous letter on 12-21-07 but since that time I haven't heard anything from the federal court. I thank you for your time and patience and I hope to hear from the court ASAP!

Respectivly
Yours

a.
07-civ-1039
Ind. no 4247-03

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY BROWN,

                Petitioner,

                07 civ 10391 (JGK)

       -against-                MEMORANDUM AND ORDER

R.K. WOODS, Superintendent of Upstate Facility,
                Respondent.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Clerk of this Court is directed to serve a copy of this order and the underlying petition on the District Attorney for New York County, who shall answer or move with respect to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

The District Attorney shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any state post-conviction proceedings. The District Attorney shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat 1214 (1996)

The petitioner's time to reply to the District Attorney's response shall be thirty (30) days after the receipt of the District Attorney's response.

**SO ORDERED.**

                                            /s/ John G. Koeltl
                                            JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 6, 2007

```
TO:
       PLTFF(S): _____
       COUNSEL FOR DFT(S): _____
       PLTF PRO SE: _____
       DFT PRO SE: _____
DATE: 12/7/07
BY: AW
```