USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY BROWN,

                Petitioner,

      - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE
FACILITY,

                Respondent.

---

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court previously issued an order dated December 7, 2007, a copy of which is attached, directing the District Attorney to respond to the petition for habeas corpus within sixty days and gave the petitioner thirty days to reply. The respondent's submission was due February 7, 2007, but has not been filed.

It appears that the New York State Attorney General's Office will be handling this case. Therefore, the Clerk of this Court is directed to serve a copy of this order and the underlying petition on the Attorney General for the State of New York, who shall answer or move with respect to the petition for habeas corpus within thirty (30) days from the date of receipt of this order.

The Attorney General shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in

any state post-conviction proceedings. The Attorney General shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat. 1214 (1996).

The petitioner's time to reply to the Attorney General's response shall be thirty (30) days after the receipt of the District Attorney's response. The petitioner does not have to make any further submission until the District Attorney responds to the petition.

SO ORDERED.

Dated:   New York, New York
         February 25, 2008

_____
John G. Koeltl
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY BROWN,
                 Petitioner,

            -against-

R.K. WOODS, Superintendent of Upstate Facility,
                 Respondent.
------------------------------------------------------------X

07 civ 10391 (JGK)

**MEMORANDUM AND ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Clerk of this Court is directed to serve a copy of this order and the underlying petition on the District Attorney for New York County, who shall answer or move with respect to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

The District Attorney shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any state post-conviction proceedings. The District Attorney shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat 1214 (1996).

The petitioner's time to reply to the District Attorney's response shall be thirty (30) days after the receipt of the District Attorney's response.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 6, 2007

```
COPY TO:
COUNSEL FOR PLTFF(S): ____
COUNSEL FOR DFT(S): ____
PLTFF PRO SE: ✓
DFT. PRO SE: ____
DATE: 12/7/07
BY: AW
```