```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BROWN,

            Petitioner,

    - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE FACILITY,

            Respondent.

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the petitioner's request for discovery dated March 6, 2008, which it attaches and forwards to the parties. The respondent should respond to the request for discovery when it responds to the petition.

SO ORDERED.

Dated: New York, New York
       March 17, 2008

                          John G. Koeltl
                       United States District Judge



To: federal Court House / 500 PEARL St.
from: Anthony Brown
Date: 3-6-08
Attention: JUDGE ~~~~ JOHN G KOELTL

    At This time I Anthony Brown 04A6182# would like to refer to Rule #16 of the federal rules of criminal procedure for discovery. At this time I would like the following discoverable material to prepare for my federal Appeal process.

    1. Grand Jury minutes
    2. Police reports

- relize that I can only request a limited amount of information that is "material" to my case but rule 16#, Allows me to inspect, copy, or test certain types of discovery and I Anthony Brown wishes to do so at this time.

    Respectivly
    Yours...
    A. B——