

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

Writer's Direct Telephone No.
(212) 416-6037

March 31, 2008

BY HAND DELIVERY
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Re: Brown v. Woods
    07 CV 10391(JGK)

Dear Judge Koeltl:

I am the Assistant Attorney General assigned to respond to the above-referenced petition. By the Court's order dated February 25, 2008, respondent's papers are due by April 2, 2008, and I am writing to request an extension of time until June 3, 2008. Today, my office received the state court briefs in this case, and I have not had the opportunity to review them or prepare the Attorney General's response. In addition, I have several other cases in the District Courts and the Second Circuit for which I must file a response before this case.

Thank you for your consideration.

> Time to respond
> extended to June 3, 2008.
> Time for petitioner
> to reply extended to July 11, 2008
> So Ordered.
> 4/1/08  /s/ John G. Koeltl
>                    U.S.D.J.

Respectfully submitted,

/s/ Alyson J. Gill
Alyson J. Gill (AG 4615)
Assistant Attorney General
Alyson.Gill@oag.state.ny.us
(212) 416-6037

cc: Anthony Brown (By U.S. Mail)
    04-A-6182
    Upstate Correctional Facility
    P.O. Box 2001
    Malone, New York 12953