```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY BROWN,

                      Petitioner,

  - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE
FACILITY,

                      Respondent.

---

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the petitioner, which it forwards to the parties. The respondent's time to respond has been extended to June 3, 2008. The petitioner's time to reply has been extended to July 11, 2008.

SO ORDERED.

Dated:    New York, New York
          April 2, 2008

                                                  John G. Koeltl
                                         United States District Judge



TO: CHAMBERS of JUDGE JOHN G. KOELTL
from: Anthony Brown - 07 Civ. 10391 (JGK)
Date: 3-28-08

Dear Honorable federal Judge KOELTL,

At this time I Anthony Brown (petitioner) would like to know has the "District Attorney" responded to the Petition? The Respondent's time to respond is extended to MARCH 14, 2008, but I haven't heard anything as of yet!, Also if the respondent has not responded by the MARCH 14th 2008 deadline, does that extend my deadline of April 14, 2008, further. OR Should I send my brief to your "CHAMBERS" at this time (because my brief is ready to be reviewed.

Respectivly
Yours
Q. B——
07- Civ. 10391 (JGK)