USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 4/11/08




07 Cv. 10391 (JGK)

To: united STATES DiSTRicT Court "JUDGE Jhon G. KOELTL"
From: Anthony Brown - 04A6182
Date: 4-2-08

Dear Judge Koeltl,

I petitioner Anthony Brown - 04A6182. received a letter from the office of the "Attorney General" stating that they would be Seeking an extension from you, AS your well aware of District JUDGE KOELTL this is about the 2ND extension that the Respondent HAS been seeking, I don't think that it's fair that the Respondent continue to get extension after extension while the court as well as myself continues to wait for the respondent's Submission At this time I would like to ask that "You" would not allow the respondent any more extension, The reason I ask this request of you is because my brief is ready "SIR" for review, I hope you would consider my request.

Respectivly

Yours

A. Brown

P.S. The Attorney General letter was received on the 31st of MARCH of 2008.

The Court grants the extension and also extends the petitioner's time to reply to April 11, 2008.
So ordered. John G. Koeltl
4/11/08 U.S.D.J.