```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

ANTHONY BROWN,

                    Petitioner,

    - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE
FACILITY,

                    Respondent.
-----------------------------------

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the petitioner, which it forwards to the parties. The Court construes the letter as a motion to stay the petition.

    By **July 18, 2008**, the petitioner should make a submission in support of his motion to stay explaining what claim or claims he seeks to exhaust in state court and addressing the standards set out in the Court's order dated June 3, 2008. See Rhines v. Weber, 544 U.S. 269, 278 (2005). The respondent should respond by **August 1, 2008**. The petitioner should reply by **August 11, 2008**.

SO ORDERED.

Dated:    New York, New York
           July 2, 2008

                                          John G. Koeltl
                                      United States District Judge

JUN 8 2008

To: Hon. John G. Koeltl - United States District Judge Southern District of New York.
From: Anthony Brown - 07 civ 10391 (JGK)
Date: 6-22-08
Reason: would like "Habeas Corpus Brief" held in abeyance

Dear Judge Koeltl,

I Anthony Brown 07 civ 10391(JGK) would like to request at this tim that my "Habeas Corpus Brief" which is scheduled to be submitted on July 11th 2008 be held in abeyance at this time. The reason petitioner is asking for such a request is because petitioner recently submitted a 440 motion (CPL) on or about May 28th, 2008. And is waiting for a respons, defendant is also aware that before bringing the issues in the present 440 Brief I'm waiting on a respons from I must "exhaust" all state procedures, so would the hon. John G. Koel Allow petitioner this request at this time.

Respectivly
Yours
A. B.