```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BROWN,

                Petitioner,

    - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE
FACILITY,

                Respondent.

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the petitioner, which it forwards to the parties.

By **August 29, 2008**, the petitioner should make a submission in support of his motion to stay explaining what claim or claims he seeks to exhaust in state court and addressing the standards set out in the Court's order dated June 3, 2008. See Rhines v. Weber, 544 U.S. 269, 278 (2005). The respondent should respond by **September 12, 2008**. The petitioner should reply by **September 26, 2008**.

SO ORDERED.

Dated:    New York, New York
           July 30, 2008

                                    John G. Koeltl
                                  United States District Judge