UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BROWN,

                Petitioner,

    - against -

R.K. WOODS, SUPERINTENDENT OF UPSTATE FACILITY,

                Respondent.

07 Civ. 10391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    This Court issued an Order on March 23, 2009 requesting the respondent to provide the Court with a copy of the petitioner's Section 440.10 motion filed in state court. The Court has yet to receive a copy of the petitioner's Section 440.10 motion.

    The respondent is directed to provide the Court with a copy of the motion by **August 3, 2009** and to include an explanation why the motion has not already been provided.

SO ORDERED.

Dated:    New York, New York
           July 27, 2009

                                    John G. Koeltl
                             United States District Judge